# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Thomas Raymond Firriolo,<br>*Plaintiff*<br>v.<br>Brad Rice, City Code Official, Greenville, South Carolina; Robert Patrick Color, City Attorney, Greenville, South Carolina; Michael Pitts, City Attorney, Greenville, South Carolina; Kenneth Miller, Chief of Police, Greenville Law Enforcement Department, State of South Carolina; Officer Johnathan Bragg, Public Information Official, Greenville Law Enforcement Dept.; Officer Andrew Hansen, Greenville Law Enforement Department, State of S.C.; Christopher Pustiz, Police Officer, Greenville Law Enforcement Department, State of S.C.; John Castil, South Carolina Government Offiical, a/k/a John Castile; Trane, Corporate Service Company; Mathew Pritchard, Territory Manager; David Crotts, Field Representative,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>Civil Action No.   6:18-cv-00096-DCC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of ___%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Thomas Raymond Firriolo, shall take nothing of the defendants; Brad Rice, Robert Patrick Color, Michael Pitts, Kenneth Miller, Officer Johnathan Bragg, Officer Andrew Hansen, Christopher Pustiz, John Castil, Trane, Mathew Pritchard, David Crotts,, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   October 15, 2018               ROBIN L. BLUME, CLERK OF COURT

                                       _____
                                         *Signature of Clerk or Deputy Clerk*